*Monday, May 21, 2001*

## MOTION DOCKET

**96–2819. State v. Hessler.**
Franklin C.P. No. 95CR116906. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Franklin County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

*Tuesday, May 22, 2001*

## MOTION DOCKET

**01–423. Crown Midland Limited Liab. Co. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 98–K–1446, 98–K–1447, 98–K–1448 and 98–K–1449. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand case to Board of Tax Appeals upon settlement,

IT IS ORDERED by the court that the motion be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

IT IS FURTHER ORDERED that the parties are to bear their respective costs herein expended, and that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution, and that a copy of this entry be certified to the Board of Tax Appeals for entry.